IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOLORES INGRAM, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 11-2710 (JBS/JS) |
| v. | |
| TOWNSHIP OF DEPTFORD, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon Plaintiff Dolores Ingram's motion to amend her complaint pursuant to Fed. R. Civ. P. 15 [Docket Item 23]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __28th__ day of __November__, **2012** hereby

ORDERED that Plaintiff's motion to amend is DENIED.

       **s/ Jerome B. Simandle**
       JEROME B. SIMANDLE
       Chief U.S. District Judge